1  CHARLES F. PREUSS (State Bar No. 45783)
2  BRENDA N. BUONAIUTO (State Bar No. 173919)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
5  charles.preuss@dbr.com
   brenda.buonaiuto@dbr.com

6  Attorneys for Defendants
7  ORTHO-MCNEIL PHARMACEUTICAL, INC., now
   known as ORTHO-McNEIL-JANSSEN
   PHARMACEUTICALS, INC.,
8  and MCKESSON CORPORATION

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION

                                              CV 08  0862

12  KATHLEEN ANDERSON, an individual;        Case No.
    MARY RUTH BAYGENTS, an individual;
13  LATOYA DUNLAP, an individual; JANE       **DEFENDANTS' CERTIFICATION OF**
    ENGLAND, an individual; ANQUARLA         **INTERESTED ENTITIES OR**
14  HADLEY, an individual; RHONDAGAIL        **PERSONS**
    HOWARD, an individual; MELISSA           [CIV. L.R. 3-16]
15  ISON, an individual; DOLORES
    KICHCART, an individual; JUNE
16  MCKENZIE, an individual; SHERKIA
    MELLERSON, an individual; CHERI
17  THORNHILL, an individual; KATHRYN
    TRUSLOW, an individual;
18
19              Plaintiffs,
20       v.
21  ORTHO-MCNEIL PHARMACEUTICAL,
    INC., a Delaware Corporation;
22  MCKESSON CORP. and DOES 1-500,
    inclusive,
23
                Defendants.
24

25       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

26  persons, associations of persons, firms, partnerships, corporations (including parent

27  corporations) or other entities (i) have a financial interest in the subject matter in

28  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

395167

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                          CASE NO.

subject matter or in a party that could be substantially affected by the outcome of this proceeding: Defendant Ortho-McNeil Pharmaceutical, Inc., now known as Ortho-McNeil-Janssen Pharmaceuticals, Inc., is a wholly owned subsidiary of Johnson & Johnson, and Ortho-McNeil-Janssen Pharmaceuticals, Inc. is the sole member of the limited liability company Johnson & Johnson Pharmaceutical Research & Development, L.L.C.

Dated:  February 7, 2008

DRINKER BIDDLE & REATH

*/s/ Brenda Buonaiuto/*

CHARLES F. PREUSS
BRENDA N. BUONAIUTO
Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., now known as ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. and MCKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                              CASE NO.