CHARLES F. PREUSS (State Bar No. 45783)
BRENDA N. BUONAIUTO (State Bar No. 173919)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
charles.preuss@dbr.com
brenda.buonaiuto@dbr.com

Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., now
known as ORTHO-McNEIL-JANSSEN
PHARMACEUTICALS, INC.,
and MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 08 0862

KATHLEEN ANDERSON, an individual;
MARY RUTH BAYGENTS, an individual;
LATOYA DUNLAP, an individual; JANE
ENGLAND, an individual; ANQUARLA
HADLEY, an individual; RHONDAGAIL
HOWARD, an individual; MELISSA
ISON, an individual; DOLORES
KICHCART, an individual; JUNE
MCKENZIE, an individual; SHERKIA
MELLERSON, an individual; CHERI
THORNHILL, an individual; KATHRYN
TRUSLOW, an individual;

   Plaintiffs,

v.

ORTHO-MCNEIL PHARMACEUTICAL,
INC., a Delaware Corporation;
MCKESSON CORP. and DOES 1-500,
inclusive,

   Defendants.

Case No.

**DISCLOSURE STATEMENT OF ORTHO-McNEIL-JANSSEN PHARMACEUTICALS, INC.**
**[F.R.C.P. 7.1]**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Ortho-McNeil Pharmaceutical, Inc., now known as Ortho-McNeil-Janssen Pharmaceuticals, Inc., submits the following disclosure statement: Ortho-McNeil Pharmaceutical, Inc., now known as Ortho-McNeil-Janssen Pharmaceuticals, Inc., is a wholly owned subsidiary of

1 | Johnson & Johnson, and Ortho-McNeil-Janssen Pharmaceuticals, Inc. is the sole member
2 | of the limited liability company Johnson & Johnson Pharmaceutical Research &
3 | Development, L.L.C.

Dated: February 7, 2008

DRINKER BIDDLE & REATH

*/s/ Brendan Buonaiuto/*

CHARLES F. PREUSS
BRENDA N. BUONAIUTO
Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., now known as ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., and MCKESSON CORPORATION