1  CHARLES F. PREUSS (State Bar No. 45783)
2  BRENDA N. BUONAIUTO (State Bar No. 173919)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510
   charles.preuss@dbr.com
5  brenda.buonaiuto@dbr.com

6  Attorneys for Defendants
   ORTHO-MCNEIL PHARMACEUTICAL, INC., now
7  known as ORTHO-McNEIL-JANSSEN
   PHARMACEUTICALS, INC.,
8  and MCKESSON CORPORATION

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION         CV 08 0862

12 KATHLEEN ANDERSON, an individual;      Case No.
   MARY RUTH BAYGENTS, an individual;
13 LATOYA DUNLAP, an individual; JANE     DISCLOSURE STATEMENT OF
   ENGLAND, an individual; ANQUARLA       MCKESSON CORPORATION
14 HADLEY, an individual; RHONDAGAIL      [F.R.C.P. 7.1]
   HOWARD, an individual; MELISSA
15 ISON, an individual; DOLORES
   KICHCART, an individual; JUNE
16 MCKENZIE, an individual; SHERKIA
   MELLERSON, an individual; CHERI
17 THORNHILL, an individual; KATHRYN
   TRUSLOW, an individual;
18
19              Plaintiffs,

20       v.

21 ORTHO-MCNEIL PHARMACEUTICAL,
   INC., a Delaware Corporation;
22 MCKESSON CORP. and DOES 1-500,
   inclusive,
23
                Defendants.
24

25       Pursuant to Federal Rule of Civil Procedure. 7.1, defendant McKesson

26 Corporation ("McKesson") submits the following disclosure statement: There is no

27 parent corporation of McKesson, and no publicly held corporation owns 10% or more of

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

395169

DISCLOSURE STATEMENT                                              CASE NO.

1 | its stock.

3 | Dated: February 7, 2008

DRINKER BIDDLE & REATH

*[signature: Brendan Buonaiuto]*

CHARLES F. PREUSS
BRENDA N. BUONAIUTO
Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., now known as ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., and MCKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

DISCLOSURE STATEMENT                                CASE NO.