1  CHARLES F. PREUSS (State Bar No. 45783)
2  BRENDA N. BUONAIUTO (State Bar No. 173919)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
5  charles.preuss@dbr.com
   brenda.buonaiuto@dbr.com

6  Attorneys for Defendants
   ORTHO-MCNEIL PHARMACEUTICAL, INC., now
7  known as ORTHO-McNEIL-JANSSEN
   PHARMACEUTICALS, INC.,
8  and MCKESSON CORPORATION

9                UNITED STATES DISTRICT COURT
10               NORTHERN DISTRICT OF CALIFORNIA
11                  SAN FRANCISCO DIVISION

12  KATHLEEN ANDERSON, an individual;      Case No. CV 08 0862
    MARY RUTH BAYGENTS, an individual;
13  LATOYA DUNLAP, an individual; JANE     **CERTIFICATE OF SERVICE**
    ENGLAND, an individual; ANQUARLA
14  HADLEY, an individual; RHONDAGAIL
    HOWARD, an individual; MELISSA
15  ISON, an individual; DOLORES
    KICHCART, an individual; JUNE
16  MCKENZIE, an individual; SHERKIA
    MELLERSON, an individual; CHERI
17  THORNHILL, an individual; KATHRYN
    TRUSLOW, an individual;
18
19              Plaintiffs,

20       v.

21  ORTHO-MCNEIL PHARMACEUTICAL,
    INC., a Delaware Corporation;
22  MCKESSON CORP. and DOES 1-500,
    inclusive,
23
                Defendants.
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, GLORIA CADENA, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On February 8, 2008, I caused to be served the following document(s):

1. **Civil Cover Sheet;**

2. **Notice of Removal and Removal of Action Under 28 U.S.C. § 1441(b) [Diversity];**

3. **Declaration of Brenda N. Buonaiuto in Support of Notice of Removal and Removal of Action Under 28 U.S.C. § 1441(b) [Diversity];**

4. **Notice of Pendency of Other Action or Proceeding [CIV. L.R. 3-13];**

5. **Defendants' Certification of Interested Entities or Persons [CIV. L.R. 3-16];**

6. **Disclosure Statement of Ortho-McNeil-Janssen Pharmaceuticals, Inc. [F.R.C.P. 7.1];**

7. **Disclosure Statement of McKesson Corporation [F.R.C.P. 7.1];**

8. **Defendants' Answer to Complaint; Demand for Jury Trial.**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☐ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☑ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394933\1

| | |
|---|---|
| Shawn Khorrami, Esq.<br>KHORRAMI, POLLARD & ABIR, LLP<br>444 S. Flower Street<br>Thirty-Third Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 596-6000<br>Attorneys for Plaintiffs | Brian Kabateck, Esq.<br>KABATECK BROWN KELLNER, LLP<br>644 South Figueroa Street<br>Los Angeles, CA 90071<br>Telephone: (213) 217-5000<br>Attorneys for Plaintiffs |

Michael S. Burg, Esq.
BURG SIMPSON ELDREDGE HERSH
JARDINE PC
40 Inverness Drive East
Denver, CO 80112
Telephone: (303) 792-5595
Attorneys for Plaintiffs

I declare under penalty of perjury under the laws of the United States District Court, Northern District of California that the above is true and correct.

Executed on February 8, 2008 at San Francisco, California.

*[signature]*
GLORIA CADENA

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394933\1