UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN ANDERSON et al.

    Plaintiff,

v.

ORTHO-MCNEIL PHARMACEUTICAL, INC. et al.

    Defendant.

Case No. 3:08-cv-00862-EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 19, 2008

Signature

Counsel for Plaintiffs
(Name of party or indicate "pro se")