UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN ANDERSON, et al.,

        Plaintiffs,

   v.

ORTHO-McNEIL PHARMACEUTICAL, INC., et al.,

        Defendants.
_____/

Case No. C08-0862 EMC

**NOTICE OF IMPENDING REASSIGNMENT TO
A UNITED STATES DISTRICT COURT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(x)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

(  )    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

1  Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
2  counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new
3  date.

Dated: March 24, 2008                                    Richard W. Wieking, Clerk
                                                          United States District Court


                                                         _____
                                                         By: Betty Fong, Deputy Clerk

**United States District Court**
For the Northern District of California

2