**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking | General Court Number |
| Clerk | 415.522.2000 |

**March 24, 2008**

**CASE NUMBER:  CV 08-00862 EMC**
**CASE TITLE:  KATHLEEN ANDERSON-v-ORTHO-MCNEIL PHARMACEUTICAL**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SAMUEL CONTI** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SC** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/24/08

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
Clerk


NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 3/24/08 MAB |

CASE SYSTEMS ADMINISTRATOR:
| | |
|---|---|
| Copies to:  All Counsel | Transferor CSA |