UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 22, 2008

United States District Court
for the Northern District of Ohio
Carl B. Stokes United States Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113

RE: CV 08-00731 JCS  MIRANDA ADAMS-v-ORTHO-MCNEIL

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, please access the electronic case file through CM/ECF System.

        Sincerely,
        RICHARD W. WIEKING, Clerk

        */s/ Gina Agustine-Rivas*

        by:  Gina Agustine-Rivas
        Case Systems Administrator

Enclosures
Copies to counsel of record